**Melody DAVIS, Respondent,**

v.

**EXCELSIOR SPRINGS MEDICAL CENTER, Appellant.**

**No. WD 69333.**

Missouri Court of Appeals, Western District.

Oct. 7, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 2008.

Application for Transfer Denied Jan. 27, 2009.

Lloyd J. Bandy, Jr., Kansas City, MO, for appellant.

Kevin Arthur Graham, Liberty, MO., for respondent.

Before JOSEPH M. ELLIS, P.J., RONALD R. HOLLIGER and JOSEPH P. DANDURAND, JJ.

**ORDER**

PER CURIAM.

Excelsior Springs Medical Center appeals from the judgment of the Circuit Court of Clay County denying the Hospital's motion to set aside a default judgment. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).